PROB. 12
(Rev. 3/88)

FILED BY _____ D.C.
05 OCT 27 PM 4: 39

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

# UNITED STATES DISTRICT COURT
## for
## WESTERN DISTRICT OF TENNESSEE

U.S.A. vs. Rosie L. Castleberry            Docket No. 2:02CR20184-01 D

Petition on Probation and Supervised Release

**COMES NOW** Brenda L. Carpten, **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of Rosie L. Castleberry who was placed on supervision by the Honorable Bernice Donald sitting in the Court at Memphis, TN, on the 25th day of September, 2002, who fixed the period of supervision at 4 years and imposed the general terms and conditions theretofore adopted by the Court and also imposed Special Conditions and terms as follows:

1. The defendant shall pay restitution in the amount of $45,953.75   (Balance: $37,278.75)

## FULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Rosie L. Castleberry fits the criteria for early termination recommended by the Judicial Conference Committee on Criminal Law. She has made progressive strides toward achieving supervision objectives and appears to pose no risk to public safety. Ms. Castleberry has made a good faith effort to satisfy restitution, however, she has an outstanding balance of $37,278.75. Ms. Castleberry made Twenty-Five Dollar ($25.00) payments on a monthly basis, and a lump sum payment of $7,800.00, totaling $8,675.00. This officer spoke with Linda Harris, Assistant U.S. Attorney, who voiced no objection regarding this recommendation.

**PRAYING THAT THE COURT WILL ORDER** Rosie L. Castleberry be discharged from supervision with the understanding that the U.S. Attorney's Office will be responsible for the continued collection of restitution.

**ORDER OF COURT**

Considered and ordered this 27th day of October, 2005, and ordered filed and made a part of the records in the above case.

_____
United States District Judge

Respectfully,

Brenda L. Carpten
Brenda L. Carpten
United States Probation Officer

Place: Memphis, Tennessee

Date: October 20, 2005

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 10-28-05

25

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 2:02-CR-20184 was distributed by fax, mail, or direct printing on October 28, 2005 to the parties listed.

---

Linda N. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT